579 S.E.2d 605

Charles W. BAILEY, Respondent,

v.

Ralph W. SEGARS, Jr., Petitioner.

No. 25625.

Supreme Court of South Carolina.

Heard April 1, 2003.

Decided April 7, 2003.

Rehearing Denied May 14, 2003.

Louis D. Nettles, of Nettles, McBride, Hoffmeyer, PA, of Florence, for Petitioner.

Charles E. Carpenter, Jr., and S. Elizabeth Brosnan, both of Richardson, Plowden, Carpenter & Robinson, PA, of Columbia; and Paul V. Cannarella, of Hartsville, for Respondent.

PER CURIAM:

We granted certiorari to consider the decision of the Court of Appeals in *Bailey v. Segars*, 346 S.C. 359, 550 S.E.2d 910 (Ct.App.2001). We now dismiss that writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.